IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JASON DAVID YONAI, | No. CIV S-07-2222-LKK-CMK-P |
| Petitioner, | |
| vs. | ORDER |
| WALKER, et al., | |
| Respondents. | |
| _____/ | |

      Petitioner, a state prisoner proceeding pro se, brings this petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. Pending before the court is petitioner's request for leave to proceed in forma pauperis (Doc. 3).[1] Petitioner's petition will be addressed separately.

      Petitioner has submitted the affidavit required by 28 U.S.C. § 1915(a) showing that petitioner is unable to prepay fees and costs or give security therefor.

/ / /

/ / /

---

[1] Petitioner's application was docketed prior to this court's order directing petitioner to complete his application for leave to proceed in forma pauperis or pay his filing fee. Therefore, petitioner should disregard the court's November 15, 2007 order as he has already complied with it by filing his application.

1  Accordingly, IT IS HEREBY ORDERED that petitioner's motion for leave to
2 proceed in forma pauperis is granted.

 DATED: November 16, 2007

*/s/ Craig M. Kellison*
**CRAIG M. KELLISON**
UNITED STATES MAGISTRATE JUDGE