1

2

3

4

5

6

7                     IN THE UNITED STATES DISTRICT COURT

8                    FOR THE EASTERN DISTRICT OF CALIFORNIA

9    JASON YONAI,

10            Petitioner,                    No. CIV S-07-2222 LKK JFM P

11        vs.

12   CSP-SAC SUPERINTENDENT
     MR. WALKER, et al.,                     ORDER AND
13
              Respondent.                    FINDINGS AND RECOMMENDATIONS
14   _____/

15            Petitioner, a state prisoner proceeding pro se, has filed an application for a writ of

16   habeas corpus pursuant to 28 U.S.C. § 2254, together with a request to proceed in forma pauperis.

17            Examination of the in forma pauperis affidavit reveals that petitioner is unable to

18   afford the costs of suit.  Accordingly, the request for leave to proceed in forma pauperis is granted.

19   See 28 U.S.C. § 1915(a).

20            By this action, filed October 18, 2007, petitioner challenges a prison disciplinary

21   conviction based on a rules violation report dated June 3, 2003, charging him with possession of an

22   inmate manufactured weapon.  Court records reveal that on October 16, 2007, petitioner filed

23   another habeas corpus action petition challenging the same prison disciplinary conviction.  (No. Civ.

24   S-07-2197 GEB EFB P).[1]  All challenges to that prison disciplinary conviction must be raised in one

25   _____

26        [1] A court may take judicial notice of court records.  See MGIC Indem. Co. v. Weisman, 803 F.2d
     500, 505 (9th Cir. 1986); United States v. Wilson, 631 F.2d 118, 119 (9th Cir. 1980).

1    action.  <u>See</u> Rule 2(c), 28 U.S.C. foll. § 2254.[2]  Petitioner should raise all challenges to his prison

2    disciplinary conviction based on the June 3, 2003 rules violation report in the earlier filed action, No.

3    CIV S-07-2197 GEB EFB P, <u>cf</u>. Local Rule 81-190(d), and this action should be dismissed without

4    prejudice.  <u>See</u> Fed. R. Civ. P. 41(b).

5            In accordance with the above, IT IS HEREBY ORDERED that petitioner's

6    application to proceed in forma pauperis is granted; and

7            IT IS HEREBY RECOMMENDED that this action be dismissed without prejudice.

8    <u>See</u> Fed. R. Civ. P. 41(b).

9            These findings and recommendations are submitted to the District Judge assigned to

10   this case pursuant to the provisions of 28 U.S.C. § 636(b)(l).  Within twenty days after being served

11   with these findings and recommendations, petitioner may file written objections with the court.  The

12   document should be captioned "Objections to Magistrate Judge's Findings and Recommendations."

13   Petitioner is advised that failure to file objections within the specified time may waive the right to

14   appeal the District Court's order.  <u>Martinez v. Ylst</u>, 951 F.2d 1153 (9th Cir. 1991).

15   DATED: January 24, 2008.

16

17                              UNITED STATES MAGISTRATE JUDGE

18

19   12
20   yona2222.123

21

22

23

24   ─────────────────

25        [2]  In both actions, petitioner claims that his conviction was based on "false evidence."  The allegations in the two actions are virtually identical, except that the instant action also contains general contentions that petitioner's "due process and Miranda rights were violated and I did not receive fair Rules Violation Report hearings."  Petition, filed October 18, 2007, at 5.

26